AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>JAWAWN HALE | ) ) ) ) ) ) )  Case No. 3:12mj2419 (JGM) |
| *Defendant(s)* | |

FILED 2012 SEP 11 PM 2:49 U.S. DISTRICT COURT NEW HAVEN, CT.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   **6/15/2012 and 8/23/2012**   in the county of   **New Haven**   in the
_____ District of   **CONNECTICUT**  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18, UNITED STATES CODE, SECTION 922(g), and 922(k) | Possession of a firearm by a convicted felon.<br>Possession of a firearm with an obliterated serial number. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Kurt Wheeler
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **8/24/12**

/s/ Joan G. Margolis, U.S.M.J.
*Judge's signature*

City and state:   **New Haven, Connecticut**   Joan G. Margolis, U.S. Magistrate Judge
*Printed name and title*